FILED
2020 Nov-12 AM 07:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CLAUDINE CANTRELL BLANKINCHIP,** | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) Case No.: 5:19-cv-1914-LCB |
| **SOCIAL SECURITY ADMINISTRATION, COMMISIONER,** | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On October 13, 2020, U.S. Magistrate Judge Herman N. Johnson issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Commissioner's decision be reversed and the case remanded for full consideration of the functionally limiting effects of Blankinchip's necrotizing pancreas. (Doc. 10). No parties have objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 10) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This Commissioner's decision is therefore **REVERSED** and the case **REMANDED** for further consideration of the functional effects of Blankinchip's necrotizing pancreas.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this November 10, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE